B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Delaware

In re   Joseph Allen Smith, Jr.
        Kristie Rae Smith
                            Debtor(s)

Case No.   **13-10396**
Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Lease & Rental Mgmt Co | **Describe Property Securing Debt:**<br>2004 Jeep Liberty<br>128,000 miles<br>Debtor to Surrender |
| Property will be (check one):<br>■ Surrendered    ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt                    ☐ Not claimed as exempt | |

B8 (Form 8) (12/08)

Page 2

| Property No. 2 | |
|---|---|
| Creditor's Name:<br>Mariner Finance | Describe Property Securing Debt:<br>2006 Ford Focus<br>129,100 miles |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                     ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| Lessor's Name:<br>-NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **April 16, 2013**         Signature  **/s/ Joseph Allen Smith, Jr.**
                                                                 **Joseph Allen Smith, Jr.**
                                                                 Debtor

Date  **April 16, 2013**         Signature  **/s/ Kristie Rae Smith**
                                                                 **Kristie Rae Smith**
                                                                 Joint Debtor